No. 468.  BELL v. UNITED STATES.  Certiorari, 348 U. S. 895, to the United States Court of Appeals for the Sixth Circuit.  It is ordered that James R. Browning, Esquire, of Washington, D. C., a member of the bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 131.  WHITEHOUSE ET AL. v. ILLINOIS CENTRAL RAILROAD CO. ET AL.  Certiorari, 348 U. S. 809, to the United States Court of Appeals for the Seventh Circuit. The motion for leave to file brief of American Train Dispatchers' Association et al., as *amici curiae*, is granted. The Court calls this case to the attention of the National Mediation Board and expresses its readiness to accept any brief it might wish to submit.

No. 179.  COURTNEY ET AL. v. LOCKETT.  Certiorari, 348 U. S. 854, to the Supreme Court of Kansas. Schroeder substituted as party respondent for Lockett.

No. 204.  SOCIETY FOR SAVINGS IN THE CITY OF CLEVELAND v. PECK, TAX COMMISSIONER OF OHIO.  Appeal from the Supreme Court of Ohio.  Probable jurisdiction noted, 348 U. S. 807.  Bowers substituted as the party appellee for Peck.  MR. JUSTICE BURTON took no part in the consideration or decision of this motion.